Anna S. McLean (Bar No. 142233)
Nathaniel R. Spencer-Mork (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Anna.McLean@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

John C. Ulin (No. 165524)
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868
John.Ulin@hellerehrman.com

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> IKRAM KHAN, *et al.*, <br><br> Defendants. | Case No: 3:06-CV-4167 MMC <br><br> [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION OF PHILIP MORRIS USA INC. TO RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> The Honorable Maxine M. Chesney <br><br> No Hearing Date Set <br><br> [Application for Default Judgment Filed Concurrently] |

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO RESCHEDULE CASE MANAGEMENT CONFERNECE, CASE NO.: 3:06-CV-4167 MMC

1  Good cause appearing therefore, the Case Management Conference currently set for
2  January 12, 2007 in the above-captioned action is hereby rescheduled to __March 2__, 2007, at
3  10:30 a.m.

4  **IT IS SO ORDERED.**

5

6  DATED:  _January 5, 2007_       _____
7                                    The Honorable Maxine M. Chesney
                                     United States District Judge

1

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO RESCHEDULE CASE MANAGEMENT
CONFERNECE, CASE NO.: 3:06-CV-4167 MMC