Anna S. McLean (Bar No. 142233)
Nathaniel R. Spencer-Mork (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Anna.McLean@hellerehrman.com
Nate.Spencermork@hellerehrman.com

John C. Ulin (Bar No. 165524)
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868
John.Ulin@hellerehrman.com

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>IKRAM KHAN, *et al.*,<br><br>                    Defendants. | Case No.: 3:06-cv-4167 MMC<br><br>**STIPULATION TO SET ASIDE DEFAULT JUDGMENT ENTERED AND ORDER THEREON**<br><br>The Honorable Maxine M. Chesney |

     Plaintiff Philip Morris USA Inc. ("Philip Morris USA") and Defendants Isadora Bernal and Leuli Marlene Ulloa Bernal, each individually and doing business as Watsonville Market #2, a/k/a Juanitos Supermercado ("Defendants") hereby stipulate to set aside the Default Judgment entered in this action as to Defendants, for the following reasons:

    1.     Philip Morris USA and Defendants have stipulated to the entry of a Consent Judgment and Permanent Injunction as to Defendants.

    2.     Pursuant to such stipulation, a Consent Judgment was lodged as to Defendants on February 9, 2007.

    3.     A Default Judgment was entered as to said Defendant on January 29, 2007.

    4.     The parties agree that the Consent Judgment and not the Default Judgment should apply as to Defendants and hereby request the Court to order that the Default Judgment as to Defendants should be set aside. No action is necessary with regard to the Consent Judgment.

**ORDER**

IT IS SO ORDERED.

DATED: February 9, 2007

_____
Maxine M. Chesney
United States District Court Judge

2

1  IT IS SO STIPULATED.

2
3  DATED: February 9, 2007          HELLER EHRMAN LLP
4
5                                   By: _____
6                                   Nathaniel R. Spencer-Mork
                                    Attorneys for Plaintiff
7                                   PHILIP MORRIS USA INC.
8
9  DATED: February 9, 2007
10
11                                  _____
                                    Isadora Bernal, individually and doing business as
12                                  Watsonville Market #2, a/k/a Juanitos
                                    Supermercado
13
14
15 DATED: February 9, 2007          _____
16                                  Leuli Marlene Ulloa Bernal, individually and
                                    doing business as Watsonville Market #2, a/k/a
17                                  Juanitos Supermercado
18
19
20
21
22
23
24
25
26
27
28

3